NICHOLAS REIDEY AND WIFE, Respondents, *v.* JOHN NEWELL, Appellant.

1. *Practice—Supreme Court.*—Judgment affirmed upon failure to file brief of points and authorities.

WAGNER, Judge, delivered the opinion of the court.

The appellant having failed to file a statement and points as required by the statute, the judgment is affirmed.

Judge Holmes concurs; Judge Lovelace absent.